UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 08-65233 |
| LUE WILLIE CORLLEY, *pro se*, | Chapter 7 |
| Debtor. | Judge Thomas J. Tucker |
| _____/ | |
| SIMMONS & CLARK JEWELERS, INC., | |
| Plaintiff, | |
| v. | Adv. Pro. No. 09-4198 |
| LUE WILLIE CORLLEY, *pro se*, | |
| Defendant. | |
| _____/ | |

**ORDER DENYING REQUEST FOR WRIT OF GARNISHMENT**

This case is before the Court on a Request for Writ of Garnishment (Nonperiodic) filed by the Plaintiff (the "Request"). The Request is dated "5/26/20" and was received by the Clerk's office on or about June 8, 2020. A copy of the Request is attached to this Order.

The Court will deny the Request, because the Plaintiff is a corporation and the Request was neither signed nor filed by an attorney. Rather, in the box in the upper left corner of the Request in which the Plaintiff must list its attorney, the Request says "In Pro Per." And the Request is signed only by an unidentified "Agent" of Plaintiff, who is not an attorney (the words "Attorney signature" below the signature line are crossed out).

"[A] corporation cannot appear otherwise than through an attorney." *United States v. 9.19 Acres of Land*, 416 F.2d 1244, 1245 (6th Cir. 1969); *see also In re Dick Tracy Ins. Agency,*

*Inc.*, 204 B.R. 39, 39 (Bankr. W.D. Mo. 1997) ("There is no dispute that a corporation must be represented by counsel in a bankruptcy proceeding and may not file a petition *pro se*."); *Lattanzio v. Comta*, 481 F.3d 137, 140 (2d Cir. 2007) (stating that "a corporation must appear through licensed counsel"); L.B.R. 9010-1(a)(1) (E.D. Mich.) ("A corporation, partnership or other entity other than an individual may not file a petition or other paper, nor appear as a debtor, plaintiff, defendant or other party in an adversary proceeding, unless it is represented by an attorney duly admitted to, and in good standing with, the bar of the United States District Court for this district.").

Accordingly,

IT IS ORDERED that the Request is denied.

**Signed on June 9, 2020**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**

To order this form visit www.printcarta.com
a Target Information Management Company

Approved, SCAO

| Original - Garnishee (Part 1) | |
|---|---|
| 1st copy - Court (Part 2) | 3rd copy - Return (proof of service) (Part 2) |
| 2nd copy - Defendant (Part 2) | 4th copy - Plaintiff/Attorney (proof) (Part 2) |

| STATE OF MICHIGAN<br>UNITED STATES JUDICIAL DISTRICT<br>BANKRUPTCY COURT JUDICIAL CIRCUIT<br>EASTERN DISTRICT OF MICHIGAN-Detroit | REQUEST AND WRIT FOR GARNISHMENT<br>(NONPERIODIC) | CASE NO.<br>08-65233 TJT<br>Adv 09-4198 |
|---|---|---|
| **Court address**<br>211 W Fort St., 17th Floor, Detroit, MI | **Zip code**<br>48226 | **Court telephone no.**<br>313-234-0065 |

| Plaintiff's name and address (judgment creditor) | | Defendant's name and address (judgment debtor) |
|---|---|---|
| Simmons & Clark, Inc.<br>1535 Broadway St.<br>Detroit, MI 48226-2114<br>313.963.2254 | v | Lue Willie Corlley<br>13239 Robson<br>Detroit, MI 48227 |
| **Plaintiff's attorney, bar no., and address**<br>In Pro Per | | **Account no.** |
| | | **Garnishee name and address**<br>Huntington Bank<br>5555 Cleveland Ave #GW4W34<br>Columbus, OH 43231 |
| **Telephone no.**<br>see Plaintiff | | |

**REQUEST** See instructions for item 2 on other side.

1. Plaintiff received judgment against defendant for $ **8596.61** on **3/18/2009**.
2. The total amount of judgment interest accrued to date is $ **5781.05**. The total amount of postjudgment costs accrued to date is $ **100.00**. The total amount of postjudgment payments made and credits to date is $ **12324.39**. The amount of the unsatisfied judgment now due (including interest and costs) is •$ **2153.27**.
3. Plaintiff knows or with good reason believes the garnishee is indebted to or possesses or controls property belonging to defendant.
4. **Plaintiff requests** a writ of nonperiodic garnishment.

I declare that the statements above are true to the best of my information, knowledge, and belief.

**5/26/2020**
Date                                                              Plaintiff/Agent/Attorney signature

**WRIT OF GARNISHMENT** To be completed by the court. See other side for additional information and instructions.

**TO THE PLAINTIFF:** You must provide all copies of the disclosure form (MC 14), two copies of this writ for serving on the garnishee, and a $1.00 disclosure fee for serving on the garnishee. You are responsible for having these documents served on the garnishee within 182 days. If the disclosure states that the garnishee holds property **other than money** belonging to the defendant, you must motion the court within 56 days after the disclosure is filed for an order to apply the property toward the judgment. **NOTE:** The social security number field is blacked out for security reasons on all parts except the garnishee copy.

**TO THE DEFENDANT:** See separate instructions.
1. Do not dispose of any negotiable instrument representing a debt of the garnishee or any negotiable instrument of title representing property in which you claim an interest held in the possession or control of the garnishee.
2. You have **14 days** after this writ is mailed or delivered to you to file objections with the court. If you do not take this action within this time, without further notice, the property or debt held under this writ may be applied to the judgment **28 days** after this writ was mailed or delivered to the garnishee.

**TO THE GARNISHEE:**
1. Within **7 days** after you are served with this writ, you must deliver a copy of this writ to the defendant in person or mail a copy to his or her last-known address by first-class mail.
2. Deliver no tangible or intangible property and pay no obligation to the defendant unless allowed by statute or court rule.
3. Within **14 days** after you are served with this writ, you must deliver or mail copies of your verified disclosure (form MC 14) to the court, plaintiff/attorney, and defendant. A default may be entered against you for failure to comply with this order.
4. If indebted to the defendant, you must withhold an amount not to exceed the amount of the judgment stated in item 2 of the request. Payment of withheld funds must be made **28 days** after you are served with this writ unless notified that an objection has been filed.

**You are ordered to make the payment withheld under this writ payable to**
☒ the plaintiff       ☐ the plaintiff's attorney       ☐ the court
**and mail it to:** ☒ the plaintiff.    ☐ the plaintiff's attorney.    ☐ the court.

5. If you hold property other than money belonging to the defendant, do not transfer it until further order of the court.

| Date of issue | Expiration date for service | Deputy court clerk |
|---|---|---|

09-04198-tjt   Doc 44   Filed 06/09/20   Entered 06/09/20 09:13:18   Page 3 of 3
MC 13 (4/18) REQUEST AND WRIT FOR GARNISHMENT (NONPERIODIC) (Part 2)    MCL 600.4011 et seq., MCR 3.101
**COURT**